# EXHIBIT A

State of New York - Department of State
Division of Corporations

Party Served:                                    Plaintiff/Petitioner:
 GOOGLE INSURANCE SERVICES INC.                   ALLIANCE HARM RECOVERY LLC


CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543


Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 05/08/2014 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

                                            Very truly yours,
                                            Division of Corporations

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------X

ALLIANCE HARM RECOVERY, LLC,

                        Plaintiff,

-against-

GOOGLE DATA, INC., GOOGLE, INC. and
GOOGLE INFORMATION, INC.,

                        Defendants.
------------------------------------------X

Index No. 601936/14

Plaintiff designates
Nassau County as the
place of trial

The basis of the
venue is Plaintiff's
principal place of
business

**SUMMONS**

Plaintiff resides at
220-46 73rd Avenue
Bayside NY 11364

TO THE ABOVE NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    Garden City, New York
            April ___, 2014

                                  By: _____
                                       Jules A. Epstein, Esq.
                                       JULES A. EPSTEIN, P.C.
                                       Attorneys for Plaintiff
                                       600 Old Country Road, Suite 505
                                       Garden City, New York 11530
                                       (516) 745-1325

**Defendants' Address**:

Google Data, Inc.
c/o Secretary of State

Google, Inc.
c/o Secretary of State

Google Information, Inc.
c/o Secretary of State

C:\Documents and Settings\Nancy\My Documents\WPDOCS\Google\Summons.wpd

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------X

ALLIANCE HARM RECOVERY, LLC,                     Index No. 601936/14

                        Plaintiff,

   -against-                                     **VERIFIED COMPLAINT**

GOOGLE DATA, INC., GOOGLE, INC. and
GOOGLE INFORMATION, INC.,

                        Defendants.
----------------------------------------X

S I R S :

    **PLEASE TAKE NOTICE** that Plaintiff, by their attorneys JULES A. EPSTEIN, P.C., complaining of the Defendants respectfully sets forth and allege:

### JURISDICTIONAL STATEMENT

    1.   At all relevant times, Plaintiff Alliance Harm Recovery, LLC ("Alliance") was and is a domestic limited liability company with its principle place of business in Nassau County, New York.

    2.   Upon information and belief, Defendant Google Data, Inc. was and is a foreign corporation authorized to do business in the State of New York.

    3.   Upon information and belief, Defendant Google, Inc. was and is a foreign corporation authorized to do business in the State of New York.

    4.   Upon information and belief, Defendant Google Information, Inc. was and is a foreign corporation authorized to do business in the State of New York.

5.  Defendants are hereafter collectively referred to as "Google" or "Defendant".

6.  The Court has jurisdiction of this matter pursuant to CPLR 301 and 302.

## STATEMENT OF FACTS

7.  Plaintiff is the owner, or the agent for the owner, of certain personal, financial, business and medical records and information.

8.  Upon information and belief, Google is the world's largest Internet search engine.

9.  In or about February, 2014, Plaintiff's and its principal's proprietary and confidential business, financial, personal and medical data and information was inadvertently and unintentionally scanned into the Internet.

10. As a consequence thereof, volumes of sensitive and confidential business, financial, personal and health information owned by Plaintiff or its principal became available to the public on the Google website or through the Google search engine.

11. On March 6, 2014 and March 11, 2014 Plaintiff informed Google of the inadvertent and unintentional breach of Plaintiff's FTP's file server and demanded that Google block and/or remove such proprietary and confidential business, personal, financial and medical data from viewing public access and from the Internet.

12. Despite such written notice and demand, Google failed and refused to remove Plaintiff's confidential and proprietary information from public viewing and from the Internet.

### FIRST CAUSE OF ACTION

13. Plaintiff repeats, reiterates and realleges the allegations set forth above.

14. By virtue of the foregoing, Plaintiff is entitled to a permanent injunction requiring Defendants to remove from the Internet and public viewing Plaintiff's proprietary, confidential, personal, business, medical and financial data located at Plaintiff's IP address and DNS entry as follows:

cpe-72-229-7-169.nyc.res.rr.com 72.229.7.169

15. Plaintiff has no adequate remedy at law.

### SECOND CAUSE OF ACTION

16. Plaintiff repeats, reiterates and realleges the allegations set forth above.

17. By virtue of Google's failure and refusal, despite Plaintiff's written demand and notice, to remove Plaintiff's confidential and proprietary content from the Internet, Plaintiff has been damaged in a sum to be determined by the Court but belief to be not less than $100,000.

**WHEREFORE**, Plaintiff demands judgment:

a. On the first cause of action, a permanent injunction and judgment ordering and directing Defendants to remove from the Internet and public viewing Plaintiff's confidential and proprietary business, financial, personal and medical content described as cpe-72-229-7-169.nyc.res.rr.com 72.229.7.169.

b. On the second cause of action damages as determined by the Court but believed to be not less than $100,000.

c. The interest, costs and disbursements of the action.

Dated:   Garden City, New York
         April 25, 2014

                                  Yours, etc.,

                                  Jules A. Epstein, Esq.
                                  JULES A. EPSTEIN, P.C.
                                  *Attorney for Plaintiff*
                                  600 Old Country Road, Suite 505
                                  Garden City, NY 11530
                                  516-745-1325

## VERIFICATION

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

_Jacqueline M. Cohen_ being duly sworn, deposes and says: I am the manager of Alliance Harm Recovery, LLC, a limited liability company and a party in the within action; I have read the foregoing **COMPLAINT** and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my knowledge are as follows: Book, records and correspondence in my files.

_Jacqueline M. Cohen_

Sworn to before me on this
_25_ day of April, 2014

_Jeffrey Peter Miller_
Notary Public

JEFFREY PETER MILLER
Notary Public, State of New York
No. 01MI6286805
Qualified in Kings County
Commission Expires August 05, 2017

C:\Documents and Settings\Nancy\My Documents\WPDOCS\Google\Single Summons.wpd



# NYSCEF - Nassau County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Alliance Harm Recovery, LLC - v. - Google Data, Inc. et al**

**Index Number NOT assigned**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 04/30/2014 10:03 AM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | JULES A EPSTEIN | | |
| Phone | 516-745-1325 | E-mail Address: | jaepc2@aol.com |
| Fax #: | 516-222-1499 | Work Address: | 600 Old Country Road<br>Suite 505<br>Garden City, NY 11530 |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 04/30/2014 10:03 AM:

EPSTEIN, JULES A - jaepc2@aol.com

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

**NYSCEF Resource Center -  EFile@nycourts.gov**
Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Index No:

---

ALLIANCE HARM RECOVERY, LLC,

                                                            Plaintiff,

                         -against-

GOOGLE DATA, INC., GOOGLE, INC. and GOOGLE INFORMATION, INC.,

                                                         Defendants.

---

**SUMMONS AND COMPLAINT**

---

JULES A. EPSTEIN, P.C.
Attorney for Plaintiff
600 Old Country Road, Suite 505
Garden City, NY 11530
(516) 745-1325
(516) 222-1499 (Fax)

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: 1/6r/14                          Signature _____

                                                  Print Signer's Name   JULES A. EPSTEIN

---

Service of a copy of the within                    is hereby admitted

Dated,                             .................................................
                                           Attorney(s) for Defendants

---

SIR:   PLEASE TAKE NOTICE

*NOTICE OF ENTRY*     that the within is a (certified) true copy of a   entered in the office of the clerk of the within named Court on   2014

*NOTICE OF SETTLEMENT*     that an Order of which the within is a true copy will be presented for settlement to the           one of the judges of the within named Court, at 100 Supreme Court Drive, Mineola, NY   on         , at 9:30 A. M.

Dated:                    Yours, etc.,
                          Jules A. Epstein, P.C.
                          Attorney for Plaintiff
                          600 Old Country Road, Suite 505
                          Garden City, NY 11530
                          (516) 745-1325
                          (516) 222-1499 (Fax)

Case 2:14-cv-03599-JFB-WDW   Document 1-1   Filed 06/09/14   Page 12 of 13 PageID #: 16



# NYSCEF - Nassau County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Alliance Harm Recovery, LLC - v. - Google Data, Inc. et al**

**Index Number NOT assigned**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 04/30/2014 10:03 AM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | JULES A EPSTEIN | | |
| Phone | 516-745-1325 | E-mail Address: | jaepc2@aol.com |
| Fax #: | 516-222-1499 | Work Address: | 600 Old Country Road<br>Suite 505<br>Garden City, NY 11530 |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 04/30/2014 10:03 AM:

EPSTEIN, JULES A - jaepc2@aol.com

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

NYSCEF Resource Center -   EFile@nycourts.gov
Phone: (646) 386-3033     Fax: (212) 401-9146     Website: www.nycourts.gov/efile




DOS-470 (Rev. 12/99)

# DEPARTMENT OF STATE
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Service Requested



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**USPS CERTIFIED MAIL**

**USPS CERTIFIED MAIL**

9214 8969 0059 7932 6548 75

201405160198
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY, 12207-2543